IN THE CIRCUIT COURT OF THE
20TH JUDICIAL CIRCUIT IN AND FOR
COLLIER COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 11-2022-CA-001143-0001-XX

DALE HADEL AND NANCY HADEL,

        Plaintiffs,

v.

FEDERAL INSURANCE COMPANY,

        Defendant.

_____/

## AMENDED COMPLAINT

**COMES NOW**, the Plaintiffs, **DALE HADEL AND NANCY HADEL**, by and through undersigned counsel, and hereby sues the Defendant, **FEDERAL INSURANCE COMPANY** (hereinafter referred to as "FEDERAL"), and in support thereof alleges as follows:

1. This is an action for an amount in excess of Thirty Thousand ($30,000.00) Dollars, exclusive of attorney fees, costs, and interest.

2. At all times material hereto, the Plaintiffs, DALE HADEL AND NANCY HADEL were and are a resident of COLLIER County, Florida and _sui juris_.

3. At all times material hereto, the Defendant, FEDERAL, was and is an insurance company authorized to and does write homeowners insurance policies within the State of Florida, and specifically within COLLIER County, Florida.

4. At all times material hereto, the Plaintiffs were the owners of the property located at 501 TIGERTRAIL COURT , MARCO ISLAND , FL 34145, COLLIER County, Florida.

5. That at all times material hereto, the subject property was insured under a policy of insurance issued by the Defendant to Plaintiff; specifically policy number: 001507149801. (A copy of the policy is not attached hereto, but the Defendant has it within its possession).

6. At all times material hereto, the policy of insurance was in full force and effect.

7. The policy of insurance provides, in pertinent part, that the Defendant, FEDERAL, provides coverage for property damage, including contents, rendered to Plaintiff's subject property that are the result of an accident, whether natural in cause or not, and said policy is required to comply with the provisions of Florida Law.

8. That on or about November 9, 2021, the Plaintiff's property was damaged directly and/or indirectly by water due to an opening in the roofing system caused by wind driven rain.

9. That as a result thereof, Plaintiffs sustained damages to the property that required reasonable, related and/or necessary repairs and replacements, as well as appropriate cleaning and other remedial measures.

10. That the Plaintiffs did forthwith give timely notice to Defendant of such loss, and did thereafter deliver to the Defendant, FEDERAL, a full and particular account of the Plaintiff's expenses and losses as a result of the said accident.

11. The Defendant has failed to establish that it had reasonable proof that it was not responsible for the payment of Plaintiffs' damages and/or loss, and has failed to

pay the requested amounts for repairs and/or replacement, plus applicable interest, pursuant to the terms of the policy of insurance, in breach of Plaintiffs' contract with FEDERAL.

12. The Plaintiffs have complied with all conditions precedent to bringing the instant cause, and/or all such conditions have been waived by the Defendant.

13. That the Defendant's conduct has caused the Plaintiffs to retain the services of the undersigned counsel to represent them in this action, and Plaintiffs are entitled to attorney fees and costs under Sections 627.428, Florida Statutes.

**WHEREFORE**, the Plaintiffs, **DALE HADEL AND NANCY HADEL**, demands judgment against the Defendant, **FEDERAL INSURANCE COMPANY**, for damages, interest, attorney fees, costs, and any other such relief that this Honorable Court deems just and proper.

**DEMAND** is hereby made for trial by jury of all issues so triable, as a matter of right.

**DATED** this 3rd day of August, 2022.

> Robin D. Benjamin, Esquire
> **BENJAMIN LEGAL GROUP, P.A.**
> Attorneys for Plaintiff
> 7344 SW 48th Street, Suite 302
> Miami, Florida 33155
> Phone: 305.667.3330
> Fax    : 305.667.6851
> Pleadings only:
> Office@Benjaminlegalgroup.com
>
> By:  _/s/ Robin D. Benjamin, Esq._
>         Robin D. Benjamin